# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER JOHN DAVIS, JR.,<br>and<br>KENYA DORITA JOHNSON,<br><br>*Defendant(s)* | Case No. 1:20-MJ-142 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 24, 2019** in the city/county of **Prince William** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 924(c)(1)(A) and 2 | Knowingly possessing a firearm in furtherance of a drug trafficking crime for which s/he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine, a Schedule II narcotic controlled substance, in violation of 21 U.S.C. § 841(a)(1), and aiding and abetting the same |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

Natasha Smalky, AUSA
*Printed name and title*

ZACHARY MIKKELSON
Digitally signed by ZACHARY MIKKELSON
Date: 2020.04.24 10:18:39 -04'00'
*Complainant's signature*

Zachary D. Mikkelson, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means).*

Date: 04/24/2020

*Judge's signature*

City and state: Alexandria, Virginia

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*

Print   Save As   Spellcheck   Reset Form