UNITED STATES DISTRICT COUR
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: <u>THERESA CARRROLL BUCHANAN</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | HEARING: <u>R5</u>   CASE #: <u>20mJ142</u> |
| -VS- | DATE: <u>4/27/20</u>   TIME: <u>2:00 pm</u> |
| <u>Christopher Davis</u> | TYPE: <u>FTR RECORDER</u>   DEPUTY CLERK: <u>T. FITZGERALD</u> |

COUNSEL FOR THE UNITED STATES: <u>N. Smalley</u>

COUNSEL FOR THE DEFENDANT: <u>w/o</u>

INTERPRETER:_____  LANGUAGE:_____

( X ) DEFENDANT APPEARED:   ( X ) WITH COUNSEL   ( ) WITHOUT COUNSEL

( X ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( X ) COURT ~~TO APPOINT~~ Appted. COUNSEL <u>FPD</u>   ( ) DFT. TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE

( ) EXHBIT #_____ ADMITTED

( ) PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( ) DFT. DENIES VIOLATION ( ) COURT FINDS DFT. IN VIOLATION

MINUTES: <u>USA seeks detention - Granted.</u>

CONDITIONS OF RELEASE:
($     ) UNSECURED ($     ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
( ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: <u>4/29/20</u> at <u>2:00pm</u> Before <u>TCB (REMOTE)</u>
( X ) DH ( X ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) R5 ( ) ARR